**Order entered September 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00772-CV

### DALLAS COUNTY HOSPITAL DISTRICT
### D/B/A PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellant

### V.

### ARNULFO ALEMAN, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09339**

## ORDER

We **GRANT** appellant's September 16, 2013 unopposed motion for an extension of time

to file a reply brief. Appellant shall file its reply brief on or before October 3, 2013.

/s/    DAVID LEWIS
        JUSTICE